# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Khiesha Wong,<br><br>   Plaintiff(s),<br><br>vs.<br><br><br>The Hillman Group Inc.,<br><br>   Defendant(s). | 2:25-cv-02185-GMN-NJK<br><br>**ORDER SHORTENING TIME TO RESPOND** |

Defendant filed a *Motion for Relief from Early Neutral Evaluation* ("Motion"). *ECF No. 13.* The Motion seeks to excuse attendance of the client representative from appearing in-person at the March 3, 2026, ENE.

ACCORDINGLY,

**IT IS ORDERED that** the Court **SUA SPONTE SHORTENS** the time for plaintiff to file a response or opposition, if any, by **February 20, 2026**.

DATED: February 12, 2026.

IT IS SO ORDERED.

_____

Hon. Maximiliano D. Couvillier III
United States Magistrate Judge

1