**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KHIESHA WONG, | Case No.: 2:25-cv-02185-GMN-NJK |
| Plaintiff, | **ORDER GRANTING DEFENDANT'S NOTICE OF APPEARANCE OF COUNSEL** |
| vs. | |
| THE HILLMAN GROUP INC., a Delaware Corporation; DOES I through X, inclusive; ROE BUSINESS ENTITIES XI through XX, inclusive, | |
| Defendant. | |

PLEASE TAKE NOTICE that Lori N. Brown, Esq. of the law firm of Jackson Lewis P.C., located at 300 S. Fourth Street, Suite 900, Las Vegas, NV 89101, will serve as additional counsel for Defendant The Hillman Group, Inc. in this case.

**IT IS SO ORDERED**
Dated: April 22, 2026
.
.
.
_____
Nancy J. Koppe
United States Magistrate Judge

1