**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KHIESHA WONG,<br><br>           Plaintiff,<br><br>  vs.<br><br>THE HILLMAN GROUP INC., a<br>Delaware Corporation; DOES I through<br>X, inclusive; ROE BUSINESS<br>ENTITIES XI through XX, inclusive,<br>          Defendant. | Case No. 2:25-cv-02185-GMN-NJK<br><br>**ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO WITHDRAW ATTORNEY JUSTIN A. SHIROFF FROM CASE** |

Defendant The Hillman Group Inc, by and through its counsel, the law firm of Jackson Lewis P.C., hereby requests leave of Court to remove attorney Justin A. Shiroff as counsel of record from the above captioned case and the Court's docket. Mr. Shiroff is no longer with Jackson Lewis P.C. and his withdrawal will not cause any delay in the action.  Lori N. Brown will remain as counsel of record for said Defendant.

**IT IS SO ORDERED**
Dated: May 15, 2026
.
.
.
_____
Nancy J. Koppe
United States Magistrate Judge