JEMMA E. DUNN
Nevada Bar No. 16229
MATTHEW T. HALE
Nevada Bar No. 16880
DAVID C. KIEBLER
Nevada Bar No. 16724
**GREENBERG GROSS LLP**
1980 Festival Plaza Drive, Suite 730
Las Vegas, Nevada 89135
Telephone: (702) 777-0888
Facsimile: (702) 777-0801
*JDunn@GGTrialLaw.com*
*MHale@GGTrialLaw.com*
*DKiebler@GGTrialLaw.com*

Attorneys for Plaintiff
Khiesha Wong

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KHIESHA WONG, an individual,<br><br>Plaintiff,<br><br>v.<br><br>THE HILLMAN GROUP INC., a Delaware Corporation; DOES I through X, inclusive; ROE BUSINESS ENTITIES XI through XX, inclusive,<br><br>Defendants. | Case No. 2:25-CV-02185-GMN-NJK<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE**

Plaintiff Khiesha Wong ("Plaintiff"), by and through her counsel of record, Greenberg Gross, LLP, and Defendant The Hillman Group Inc., by and through their respective counsel of record, hereby stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), to the dismissal of this action with prejudice, including all claims against all parties, with each party to bear its own attorneys' fees and costs.

**IT IS SO STIPULATED.**

**GREENBERG GROSS LLP**

*/s/ David C. Kiebler*
Jemma E. Dunn, Esq.
Matthew T. Hale, Esq.
David C. Kiebler, Esq.
1980 Festival Plaza Drive, Suite 730
Las Vegas, NV 89135
JDunn@GGTrialLaw.com
MHale@GGTrialLaw.com
DKiebler@GGTrialLaw.com

*Attorneys for Plaintiff*
*Kheisha Wong*

**JACKSON LEWIS P.C.**

*/s/ Lori Brown*
Lori N. Brown, Esq.
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Lori.Brown@jacksonlewis.com

*Attorneys for Defendant*
*The Hillman Group Inc.*

**ORDER**

**IT IS HEREBY ORDERED** that this action is **DISMISSED with prejudice**, including all claims against all parties, with each party to bear its own attorneys' fees and costs.

The Clerk of Court is kindly directed to close the case.

IT IS SO ORDERED:

DATED this 18 day of August, 2026.

Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT